IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF:                )
                                 )
                                 ) CAUSE NUMBER 4:15 MC 367 CDP
ROSS H. BRIGGS                   )
                                 )
                                 )

## ORDER

This Court was advised on August 28, 2015 of a disciplinary matter that arose in a proceeding before the United States Bankruptcy Court for the Eastern District of Missouri involving Attorney Ross H. Briggs, a member of the bar of the Eastern District of Missouri. In the case of In Re: LaToya L. Steward (Cause # 11-46399-705), the Bankrutcpy Court imposed a suspension of Mr. Briggs privilege to practice law before that Court, and referred the matter to the District Court for investigation of Attorney Briggs conduct for possible disciplinary action pursuant to the District Court's Rules of Disciplinary Enforcement. That order also referred this matter as a complaint to the Missouri Office of Chief Disciplinary Counsel for investigation of Mr. Briggs under the Missouri Supreme Court's Rules of Professional Conduct.

**IT IS HEREBY ORDERED THAT** a disciplinary action shall be commenced in the matter of Ross H. Briggs, as recommended by the United States Bankruptcy Court.

**IT IS FURTHER ORDERED THAT** proceedings in the District Court shall be stayed until such time as the Office of Chief Disciplinary Counsel has completed its investigation and presented its findings and recommendation to the Missouri Supreme Court for final disciplinary action, if any. If disciplinary action is taken by the Missouri Supreme Court, this matter will resume in the District Court with an Order to Show Cause directing Mr. Briggs to demonstrate why reciprocal discipline

should not be imposed by the District Court.

**SO ORDERED** this ___8 th___ day of September, 2015.

 

_____
Catherine D. Perry
Chief United States District Judge