UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) <br> ) <br> ) CAUSE NUMBER 4:15 MC 367 CDP |
| ROSS H. BRIGGS | ) <br> ) <br> ) |

**ORDER VACATING DISCIPLINARY ACTION**

The Court's September 8, 2015, Order commencing a disciplinary action against attorney Ross Briggs was entered in error, because the undersigned misinterpreted the Bankruptcy Court orders.   Accordingly,

**IT IS HEREBY ORDERED** that the September 8, 2015 Order is VACATED and this disciplinary action is closed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of September, 2015.